IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MISHA SANDERS,

    Plaintiff,

v.                                                                                          4:18cv267–WS/MJF

SGT. GIDDONS, OFFICER
SMITH, and MAJOR HAMILTON,

    Defendants.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 60) docketed April 13, 2021. The magistrate judge recommends that the plaintiff's case be dismissed for failure to state a claim upon which relief may be granted. The plaintiff has filed no objections to the report and recommendation.

Having reviewed the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 60) is

hereby ADOPTED and incorporated by reference in this order.

2. The defendant's motion (ECF No. 58) to dismiss the plaintiff's complaint is GRANTED.

3. The plaintiff's complaint and this action are DISMISSED for failure to state a claim upon which relief may be granted.

4. The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

5. The clerk shall close the case.

DONE AND ORDERED this __20th__ day of __May__, 2021.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE